UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER DOBRANSKY,

    Plaintiff,

v.

CREDITORS SERVICE BUREAU OF NILES, INC.,

    Defendant.
_____/

Case No. 1:16-cv-1458

HONORABLE PAUL L. MALONEY

## ORDER OF DISMISSAL

This Court having issued a Notice of Intent to Dismiss for failure to provide documents effectuating settlement on January 5, 2018 (ECF No. 15), and having received no response from either party:

    **IT IS HEREBY ORDERED** that this matter **DISMISSED** without prejudice.

Dated: January 23, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge